UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE B. DENNIS, | : | |
| Plaintiff | : | NO. 3:13-02537 |
| | : | |
| v. | : | (CONNER, C.J.) |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant | : | [FILED VIA ECF] |

# ORDER

**AND NOW**, this 14th day of July, 2016, upon consideration of the afore-stated Stipulation, it is hereby,

**ORDERED** that Plaintiff, Caroline B. Dennis, is awarded One Thousand Two-Hundred Fifty dollars and Zero cents ($1,250.00) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff, Caroline B. Dennis, and sent to the business address of Plaintiff's counsel, David Cherundolo, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees and costs in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
CHRISTOPHER C. CONNER, CHIEF JUDGE
United States District Court